UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LEE ANDERSON, JR., <br><br> Petitioner, <br><br> v. <br><br> NEIL MCDOWELL, Warden, <br><br> Respondent. | Case No. 2:17-cv-00611 JAK (SHK) <br><br><br> ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation were filed. The Court has made a de novo determination of the Report and Recommendation and the Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that: (1) Judgment be entered dismissing this action with prejudice.

Dated: June 19, 2018

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE