JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ROBERT LEE ANDERSON, JR.,

                    Petitioner,

        v.

NEIL MCDOWELL, Warden,

                  Respondent.

Case No. 2:17-cv-00611 JAK (SHK)

JUDGMENT

     IT IS HEREBY ORDERED AND ADJUDGED that the Petition is dismissed with prejudice.

Dated: June 19, 2018

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE